UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,            21-cv-10617 (JGK)

    - against -              ORDER

PERFECT BROW NEW YORK, INC. and
1709 REALTY L.L.C.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The summons and complaint were served on the defendants on January 4, 2022. ECF Nos. 7, 8. Pursuant to Federal Rule of Civil Procedure 12(a), the time to answer was January 25, 2022.

    The time to respond to the complaint is extended to **March 1, 2022**. Failure to respond to the complaint by this date could result in default judgment being entered against the defendants.

SO ORDERED.
Dated:    New York, New York
           February 14, 2022

                                          John G. Koeltl
                                     United States District Judge

*[Handwritten annotation:]* The plaintiff should serve a copy of this order on the defendants and file proof of service of the order.
                so ordered.
                JG Koeltl
  2/14/22    U.S.D.J.